# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Centerra Group, LLC f/k/a The Wackenhut ) | ASBCA Nos. 61267, 61772 |
| Services, Inc. ) | |
| ) | |
| Under Contract No. NNA06CD65C ) | |

APPEARANCES FOR THE APPELLANT:    Karen L. Manos, Esq.
                                  Erin N. Rankin, Esq.
                                    Gibson, Dunn & Crutcher LLP
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Scott W. Barber, Esq.
                                    NASA Chief Trial Attorney
                                  Daniel C. Hymer, Esq.
                                    Trial Attorney
                                    NASA Ames Research Center
                                    Moffett Field, CA

## OPINION BY ADMINISTRATIVE JUDGE WOODROW

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' settlement of their dispute and September 16, 2019 Joint Request for Entry of Consent Judgment, that these appeals and Respondent's Counterclaim are sustained. In the nature of a consent judgment, the Board makes a monetary award in the amount of $3,000,000.00. This amount is inclusive of interest. No further interest shall be paid.

Dated: September 23, 2019

                                  KENNETH D. WOODROW
                                  Administrative Judge
                                  Armed Services Board
                                  of Contract Appeals

(Signatures continued)

I concur

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 61267, 61772, Appeals of Centerra Group, LLC f/k/a The Wackenhut Services, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2